## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-03336 |
| | : | |
| | | REPORT OF TRUSTEE UNDER |
| CATHY EVERETT | : | BANKRUPTCY RULE 3011 AND |
| | | SUBMISSION OF REMAINING |
| | : | PROPERTY UNDER |
| DEBTORS. | | 11 U.S.C. §347(a) |

COMES NOW, the undersigned Trustee, Albert C. Warford,  and hereby Reports that all checks issued by him as such Trustee have been cashed by the bank upon which drawn, except the following checks issued to creditor(s) for which the trustee has no current mailing address.

The following entity is entitled to the following remaining property of the estate paid into the Court pursuant to 11 U.S.C. §347(a):

Last Known
Name and Address                          Amount

CATHY EVERETT                              $2.95
PO BOX 117
213 S. MAIN ST.
GRANDVIEW IA 52752

WHEREFORE, said Trustee makes the above Report and submits herewith the above sums to the Clerk of Court.

Dated _____1-26-16_____

Respectfully submitted,

Albert C. Warford #XXX-XX-6492
Chapter 13 Trustee
505 5th Avenue, Suite 520
Des Moines, IA  50309
(515) 283-2713